ORIGINAL

FILED
JUN - 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

07-344 T

| | |
|---|---|
| PFIZER INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## RCFC 7.1 DISCLOSURE STATEMENT

Plaintiff Pfizer Inc. states that it is publicly held, that it has no parent corporation, and that no corporation owns 10% or more of Pfizer Inc.'s stock.

Date: June 4, 2007

Respectfully submitted,

Lawrence D. Rosenberg

LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-7622

COUNSEL FOR PLAINTIFF

OF COUNSEL:

KENNETH J. KRUPSKY
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3664