**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 07-344 T**
**(Judge Thomas C. Wheeler)**

---

**PFIZER, Inc.**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

# NOTICE OF APPEARANCE

---

To the Clerk:

Please enter the appearance of Jeffrey R. Malo, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jeffrey R. Malo, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

July 24, 2007

s/ Jeffrey R. Malo

Jeffrey R. Malo, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov