# In the United States Court of Federal Claims

No. 07-0344T

(Filed: July 25, 2007)

| | |
|---|---|
| ************************************** | * |
| | * |
| PFIZER INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**ORDER**

On July 24, 2007, Defendant filed an unopposed motion for a 60-day enlargement of time to answer or otherwise respond to Plaintiff's Complaint, citing a six to eight week processing time for retrieving Internal Revenue Service ("IRS") records from archives, and an expected two to three weeks to review Plaintiff's claim once the archived materials are received. (Deft's Motion at 1-2). Although the Court will allow the requested enlargement, the anticipated time to retrieve and review IRS records from archives appears excessive. The Court typically will expect Defendant's counsel and the IRS to respond to deadlines more promptly than estimated in the present motion. Accordingly, Defendant's motion is GRANTED, and Defendant's shall respond to the Complaint on or before October 2, 2007. Further extensions will not likely be allowed for this purpose absent a showing of extraordinary and unforeseen circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge