**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 07-344 T**
**(Judge Thomas C. Wheeler)**

---

**PFIZER, Inc.**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

# MOTION FOR ENLARGEMENT OF TIME

---

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from October 2, 2007, to and including December 1, 2007, within which to answer or otherwise respond to the Complaint in the above-captioned case. This is the second enlargement requested for this purpose. Plaintiff does not object to defendant's motion.

As good cause for this request, defendant states as follows:

The Complaint alleges that defendant underpaid a refund of federal income tax due to plaintiff. Plaintiff seeks recovery of $798,847, which is the amount of the alleged underpayment plus interest through April 30, 2007. Plaintiff also seeks any additional interest which may be allowed by law. Plaintiff filed its Complaint before the Internal Revenue Service ("the Service") reached a determination regarding plaintiff's refund claim, in order to prevent the expiration of the statute of limitation for filing suit in the event that the Service disagrees with plaintiff's refund claim. Immediately upon receipt of the Complaint, defendant's attorneys forwarded a

copy to the Office of Chief Counsel, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. The Service found it necessary to request materials from archives to review plaintiff's claim. The archive requests took nearly two months to process. The archive materials were received by the Chief Counsel's Office in New York on or around the third week of August 2007. Plaintiff is a large corporation, and the administrative file containing the records related to the Complaint consist of nine file boxes full of records. Since receiving the archive materials, the Chief Counsel's Office in New York has worked closely with the Service's Complex Interest Group in Ogden, Utah, to analyze the interest claim submitted by plaintiff. As of September 28, 2007, the Complex Interest personnel assigned to the case had not completed their analysis. As a result, the Service has been unable to advise defendant's attorneys of the legal position which the Government should adopt. Defendant's attorney cannot prepare a response to the Complaint until analysis of the relevant records is complete, and the Office of Chief Counsel has an opportunity to prepare its recommendation with respect to the Government's legal position.

Respectfully submitted,

September 28, 2007

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney, Court of Federal Claims Section*

September 28, 2007

s/ W.C. Rapp
Of Counsel