# In the United States Court of Federal Claims

No. 07-0344T

(Filed: October 1, 2007)

```
*************************************  *
                                       *
PFIZER INC.,                           *
                                       *
                    Plaintiff,         *
                                       *
 v.                                    *
                                       *
THE UNITED STATES,                     *
                                       *
                    Defendant.         *
                                       *
*************************************  *
```

**ORDER**

On September 28, 2007, Defendant filed an unopposed motion for a 60-day enlargement of time to answer or otherwise respond to Plaintiff's Complaint, citing difficulty with retrieving and analyzing "nine file boxes full of records." (Def.'s Motion at 2). This is Defendant's second request for a 60-day extension for this purpose. In its July 25, 2007 Order granting Defendant's first request for an extension, the Court noted that 60 days to retrieve and review IRS records appeared excessive, and advised Defendant that further extensions would not be granted absent a showing of extraordinary and unforeseen circumstances. Defendant's September 28, 2007 Motion fails to identify any such qualifying circumstances. Accordingly, Defendant's motion is GRANTED in part, and Defendant shall respond to the Complaint on or before November 1, 2007. Further extensions for this purpose will not be granted.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge