# In the United States Court of Federal Claims

No. 07-0344T

(Filed: December 26, 2007)

*****************************************
PFIZER INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

## DISCOVERY SCHEDULING ORDER

On December 21, 2007, counsel for the parties filed a Joint Preliminary Status Report that included a proposed discovery schedule. Based on the parties' joint proposal, the Court directs the parties to complete all discovery on or before June 23, 2008. The parties shall file a Joint Status Report with the Court on February 1, 2008, and every 60 days thereafter during the discovery period, to update the Court on the parties' progress toward settling the case. The parties shall also file a Joint Status Report with the Court on or before July 22, 2008, informing the Court of how the parties wish to proceed. The parties are expected to work diligently to meet the dates set forth above, and should notify the undersigned if the Court's assistance is desired.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge