IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-344 T
(Judge Thomas C. Wheeler)

PFIZER INC.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order filed December 26, 2007, the parties submit the following Joint Status Report.

1. The parties have exchanged information regarding plaintiff's claim for interest netting under § 6621(d).

2. The parties are coordinating their efforts to identify and resolve the differences between their interest computations.

3. There is a substantial likelihood that the parties can settle the matter without the need for further proceedings.

4. Consistent with the Court's order, the parties will next file a Joint Status Report on April 1, 2008, to update the Court on the progress of the parties' settlement discussions.

Respectfully submitted,

January 30, 2008

s/ Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Voice: (202) 879-7622
Fax: (202) 626-1700
Email: ldrosenberg@jonesday.com

Counsel for Plaintiff

January 30, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. Rapp
*Senior Trial Attorney,*
*Court of Federal Claims Section*

January 30, 2008

s/ W.C. Rapp
Of Counsel

Counsel for Defendant