IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-344 T
(Judge Thomas C. Wheeler)

PFIZER INC.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order filed on December 26, 2007, the parties submit the following Joint Status Report.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on March 13, 2007.

2. The parties believe that there is a substantial likelihood that they can settle the matter without the need for further proceedings.

3. The parties propose that they be allowed to continue their settlement negotiations and file a Joint Status Report on or before May 31, 2008, to update the Court on the progress of the parties' settlement efforts.

4. If the Court does not object to the parties' proposed course of action, the parties respectfully request that the Court enter a scheduling order for the parties to file a Joint Status Report to be filed on May 31, 2008.

Respectfully submitted,

April 1, 2008

s/ Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Voice: (202) 879-7622
Fax: (202) 626-1700
Email: ldrosenberg@jonesday.com

Counsel for Plaintiff

April 1, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. Rapp
*Senior Trial Attorney,*
*Court of Federal Claims Section*

April 1, 2008

s/ W.C. Rapp
Of Counsel

Counsel for Defendant