IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-344 T
(Judge Thomas C. Wheeler)

PFIZER INC.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT MOTION TO ENLARGE DISCOVERY PERIOD**

Pursuant to the Court's order filed on December 26, 2007, the parties were instructed to complete discovery by June 23, 2008. The parties hereby respectfully request that the Court enlarge the period by which the parties are instructed to complete discovery by 180 days, to and including December 20, 2008.

As good cause for this request, the parties submit as follows:

On March 13, 2007, plaintiff, through its counsel, submitted a settlement offer to defendant. Plaintiff's proposed settlement was referred to the Department of Justice's Office of Review for evaluation. The Office of Review is experiencing a high volume of interest related cases, and a considerable amount of time is required review each calculation. The computational specialist in the Office of Review anticipates that analysis of plaintiff's settlement proposal will be complete by September 30, 2008.

The parties continue to believe that settlement of the case is likely, however, defendant's counsel does not know if the Office of Review will require additional information from plaintiff prior to reaching a conclusion with respect to plaintiff's settlement proposal. Likewise, plaintiff's counsel does not know if the Government will reject plaintiff's settlement proposal, and cannot determine if discovery will be needed to better understand the factual basis underlying the Government's position with respect to plaintiff's proposal. Accordingly, the parties are incapable of conducting discovery until an evaluation of plaintiff's settlement proposal is completed by the Office of Review.

WHEREFORE, the parties respectfully request that the Court enlarge the period by which the parties are instructed to complete discovery, by 180 days, to accommodate the possibility that plaintiff's settlement proposal will not be approved by the Office of Review, in which case, the parties may need to conduct additional discovery.

Respectfully submitted,

June 2, 2008

s/ Lawrence D. Rosenberg

LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Voice: (202) 879-7622
Fax: (202) 626-1700
Email: ldrosenberg@jonesday.com

Counsel for Plaintiff

June 2, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. Rapp
*Senior Trial Attorney,*
*Court of Federal Claims Section*

June 2, 2008

s/ W.C. Rapp

Of Counsel

Counsel for Defendant