# In the United States Court of Federal Claims

No. 07-0344T

(Filed: June 5, 2008)

**************************************** *
*
PFIZER INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************** *

## AMENDED DISCOVERY SCHEDULING ORDER

On June 2, 2008, counsel for the parties filed a joint motion to enlarge the discovery period by 180 days, to and including December 20, 2008, to allow the Department of Justice's Office of Review to consider Plaintiff's settlement offer. For good cause shown, the motion is GRANTED and the Court's December 26, 2007 Discovery Scheduling Order is amended. Counsel for the parties shall file a joint status report on August 1, 2008, and every sixty days thereafter during the discovery period to update the Court on the progress of the parties' settlement efforts.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge