IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-344 T
(Judge Thomas C. Wheeler)

PFIZER INC.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**JOINT STATUS REPORT**

Pursuant to the Court's order filed on June 5, 2008, the parties submit the following Joint Status Report.

1. Plaintiffs, through their counsel, submitted a settlement offer to defendant on March 13, 2007.

2. Plaintiff's settlement proposal has been referred to the Department of Justice's Office of Review for evaluation.

3. It is still anticipated that the Office of Review will complete its analysis of plaintiff's proposal by September 30, 2008.

4. The parties believe that there is a substantial likelihood that they can settle the matter without the need for further proceedings.

5. The parties propose that they be allowed to continue their settlement negotiations and continue to file a Joint Status Report with the Court every

60 days to update the Court on the progress of the parties' settlement efforts.

6. If the Court does not object to the parties' proposed course of action, the parties will file a Joint Status Report on or before September 30, 2008.

Respectfully submitted,

August 1, 2008

s/ Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Voice: (202) 879-7622
Fax: (202) 626-1700
Email: ldrosenberg@jonesday.com
Counsel for Plaintiff

August 1, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
*Assistant Attorney General*
STEVEN FRAHM
*Acting Chief, Court of Federal Claims Section*
W.C. Rapp
*Senior Trial Attorney,*
*Court of Federal Claims Section*

August 1, 2008

s/ W.C. Rapp
Of Counsel
Counsel for Defendant